## Schedule of Documents

## Documents relating to Lawns of "Distinction, Inc., John D. Andrews and/or common Assets

1. See pages 1a. and 1b.

2. (a.) John Andrews is Gary Andrews' son and is a commissioned agent for EKM Enterprises Inc.; (b.) EKM is a company formed by GCA to collect the receipts of the lawn service and pay the bills. The only document between John Andrews and Gary Andrews is a promissory note; which has not been paid. See pages noted as 2-A and 3-A.

3. All Trucks and Trailers were transferred from LOD and JDA to EKM as collateral for a loan GCA made to LOD/JDA. See pages noted as 2-A and 2-B. Some of the trucks and trailers may have been previously titled to John Andrews and not LOD; we are not sure. See copies of titles and lien letters that were given to the Dept. of Revenue to transfer titles to EKM; noted as 3 B.

4. No money was paid for trucks or trailers; transfer of titles was for collateral purposes only. See 3-B.

5. There are no documents. The revenue from LOD is deposited into EKM to pay expenses and payroll.

6. There are no documents. The only transactions are checks written to John Andrews from EKM to reimburse him for personal money that he has loaned to buy office and shop supplies.

7. See pages noted as #7; a copy of the subpoena of Bank of America records. We have not included another set of copies of the bank records since you already have them from the bank. If this is not sufficient please advise. We did want to incur any unnecessary expense for copies and shipping since you already have the bank records.


EXHIBIT A

8. The only liens are the liens that Gary and Sharon Andrews have on the trucks and trailers. Please see pages noted as 3-B. This also shows the titles.

9. See pages noted as #9. The payroll taxes were partially paid by the sale of 2 trucks and 2 buses. Several trailers are in the process of being sold to pay the balance of the payroll taxes owed for this year.

10. See pages noted as 3B and also answer #8.

11. See pages noted as #11. We have all receipts to back up the spread sheet; We are trying to keep copying and mailing expenses at a minimum; please advice if it is necessary to send them.

12. none by EKM

13. Please see #7 as noted previously. Please advise if you want us to duplicate what you have already received from your subpoena of the Bank of America records. There are no active credit cards.

Schedule of Documents

Documents relating to Lawns of Distinction, Inc., John D. Andrews and/or Common Assets

1. All documents pertaining to the relationship between EKM Enterprises, Inc. and Lawns of Distinction, Ltd.

2. All documents pertaining to the relationship between EKM Enterprises, Inc. and John D. Andrews.

3. Documents pertaining to the transfer of any money or property between EKM Enterprises, Inc. and John D. Andrews.

4. Documents pertaining to the transfer of any money or property between EKM Enterprises, Inc. and Lawns of Distinction, Ltd.

5. Documents pertaining to all transactions between EKM Enterprises, Inc. and Lawns of Distinction, Ltd.

6. Documents pertaining to all transactions between EKM Enterprises, Inc. and John D. Andrews.

7. Documents pertaining to the transfer of all assets into and out of EKM Enterprises, Inc. since the formation of EKM Enterprises, Inc.

8. All documents pertaining to any insurance or liens on, or licensing or registration of all assets of EKM Enterprises, Inc.

Documents relating to Independent Viability of EKM Enterprises, Inc.

9. Each quarterly contribution and wage report filed with the State of Missouri by EKM Enterprises, Inc. since its formation.

10. All documents listing all assets, equipment and inventory owned by EKM Enterprises, Inc.

11. All documents showing the purchases and expenditures of EKM Enterprises, Inc. since its formation.

12. All documents pertaining to advertising done by EKM Enterprises, Inc. since its formation.

13. All documents showing all bank and credit accounts held by EKM Enterprises, Inc. since its formation.