IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Oscar Rodriguez, Esequiel Rodriguez, and Juan Rodriguez, ) ) ) | |
| Plaintiffs/Judgment Creditors, ) ) | |
| v. ) | Case No. 4:07-mc-00447-CAS |
| ) Lawns of Distinction, Ltd. and ) John Andrews, ) ) | |
| Defendants/Judgment Debtors, ) ) | |
| v. ) ) | |
| EKM Enterprises, Inc. d/b/a Lawns of ) Distinction, Gary C. Andrews, and ) Sharon Andrews, ) ) | |
| Third Party Defendants. ) | |

### TEMPORARY RESTRAINING ORDER

The Court has considered Plaintiffs' ex parte motion for a temporary restraining order, the Affidavit of Nathaniel Norton, the supplementary complaint and the exhibits attached thereto. On the basis of these pleadings and papers, it appears to the Court that Plaintiffs will suffer immediate and irreparable injury, loss, and damage if notice is given to Judgment Debtors and Third Party Defendants in that they would have the opportunity before a hearing can be had on Plaintiffs' motion for a preliminary injunction to transfer to outside parties the assets that Plaintiffs claim were fraudulently transferred and that Plaintiffs seek to have attached for their benefit. The Court is of the opinion that the temporary restraining order should be issued.

Therefore, it is ORDERED that:

1. Lawns of Distinction, Ltd. and John Andrews, their agents, employees, successors, and all those in active concert or participation with them are enjoined and restrained under Fed. R. Civ. P. Rule 65 from transferring any assets until such time as Plaintiffs' motion for a preliminary injunction can be heard and determined.

2. EKM Enterprises, Inc., Gary C. Andrews, and Sharon Andrews, their agents, employees, successors, and all those in active concert or participation with them are enjoined and restrained under Fed. R. Civ. P. Rule 65 from transferring any assets that were at any time transferred to them from Judgment Debtors until such time as Plaintiffs' motion for a preliminary injunction can be heard and determined.

3. Plaintiffs' motion for preliminary injunction will be heard by this Court at 10:30 a.m. on  October , 3 , 2008.

4. As a condition for obtaining this order, Plaintiffs must post bond in the amount of $ 500.00

5. The temporary restraining order issued herein will expire on October , 7 , 2008, unless within such time the order is extended for good cause shown, or unless Judgment Debtors and Third Party Defendants consent to an extension.

6. A copy of this order shall be immediately served by the United States marshal on each Judgment Debtor and Third Party Defendant.

Done at St. Louis, Missouri on this 23rd day of September, 2008.

U.S. DISTRICT JUDGE