# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Oscar Rodriguez, Esequiel Rodriguez, and Juan Rodriguez, )<br><br>  Plaintiffs/Judgment Creditors, )<br><br>v.  )<br><br>Lawns of Distinction, Ltd. and John Andrews, )<br><br>  Defendants/Judgment Debtors, )<br><br>v.  )<br><br>EKM Enterprises, Inc. d/b/a Lawns of Distinction, Gary C. Andrews, and Sharon Andrews, )<br><br>  Third Party Defendants. ) | Case No. 4:07-mc-00447-CAS |

## THIRD PARTY DEFENDANTS' MOTION TO DISMISS BASED ON LACK OF SUBJECT MATTER JURISDICTION

COMES NOW Third Party Defendants EKM Enterprises, Inc., Gary Andrews and Sharon Andrews, by and through their undersigned counsel, and pursuant to Rules 12(b)(1) and 12(h)(3) of the Federal Rules of Civil Procedure, respectfully move this Court for entry of an Order granting Third Party Defendants' Motion to Dismiss Based on Lack of Subject Matter Jurisdiction and dismissing Plaintiffs' Complaint.  In support of its position, Third Party Defendants contemporaneously file their Memorandum of Law in support of their Motion to Dismiss Based on Lack of Subject Matter Jurisdiction.

Respectfully submitted,

MCCARTER & GREENLEY, LLC


/s/ Jeffrey K. Elnicki
Jeffrey K. Elnicki   Bar. No. 517697
One Metropolitan Square, Suite 2100
St. Louis, Missouri  63102-2751
(314) 436-2100
FAX   (314) 436-2577
jelnicki@mccartergreenley.com
Attorney for Third Party Defendants


### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2008, the foregoing instrument was electronically filed and served upon the following:

Mr. Nathanial Norton
Texas RioGrande Legal Aid
300 South Texas Blvd.
Weslaco, Texas 78596
Attorney for Plaintiffs/Judgment Creditors


File:
\\mg\global\WP\CLIENT\ANDREWS\Rodriguez Lawsuit\MotionDismiss.wpd
101408;1528;